746 F.2d 1393
 SOUTH-CENTRAL TIMBER DEVELOPMENT, INC., Plaintiff-Appellee,
v.
Esther WUNNICKE, Commissioner of Department of Natural
Resources of the State of Alaska; et al.,
Defendants-Appellants,
Kenai Lumber Company, Intervenor-Defendant-Appellant.
 Nos. 81-3053, 81-3081.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 9, 1984.
 
 LeRoy E. DeVeaux, Wanamaker, DeVeaux & Crabtree, Anchorage, Alaska, for South-Central Timber Development, Inc.
 Shelley J. Higgins, Asst. Atty. Gen., Anchorage, Alaska, for LeResche and State of Alaska.
 Richard Helm, Burr, Pease & Kurt, Anchorage, Alaska, for Kenai Lumber Co.
 Appeal from the United States District Court for the District of Alaska.
 Before GOODWIN, KENNEDY, and SKOPIL, Circuit Judges.
 
 ORDER
 
 1
 The judgment of this court, 693 F.2d 890 (9th Cir.1982), is vacated, in compliance with the mandate of the Supreme Court of the United States, --- U.S. ----, 104 S.Ct. 2237, 81 L.Ed.2d 71. The case is remanded to the district court for further proceedings.